**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 2 5 2005

JAMES W. McCORMACK, CLERK
By:_____
　　　　　　　　　　DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | CASE NO. 4:02-M-4012 HLJ |
| | ) | 4:02-CR-109 |
| ALEXANDER MACDONALD | ) | DEFENDANT |

### MOTION FOR EARLY TERMINATION OF PROBATION

The Defendant, by appointed counsel, respectfully moves this Court for an Order for early termination of Defendant's probation.

1. On June 10, 2002, Mr. MacDonald and the government consented to proceed before this Court.

2. On June 18, 2002, Mr. MacDonald entered a plea of guilty to one misdemeanor count of a violation of the FACE Act, 18 U.S.C. § 248.

3. On October 17, 2002, this Court sentenced Mr. MacDonald to five (5) years probation, a $25.00 special assessment, and $4,500.00 in restitution.

4. Mr. MacDonald was later charged in state court for the same conduct and received a concurrent five-year probationary sentence which remains in effect.

5. Mr. MacDonald has paid his special assessment and his restitution in full. He has successfully completed over one half (½) of his probationary term in his federal case.

6. Mr. MacDonald requests early termination of his probationary term. Assistant U.S. Attorney Karen Coleman and U.S. Probation Officer Darryl Bailey have been contacted, and have no objection to this motion.



WHEREFORE, Defendant respectfully requests that this Court enter an Order terminating Defendant's probation, and for all other relief to which he may be entitled.

Respectfully submitted,

JENNIFFER HORAN,
FEDERAL DEFENDER

By: /s/ Kimberly Witherspoon
Kimberly Witherspoon
Assistant Federal Defender
The Victory Building, Suite 490
1401 West Capitol Avenue
Little Rock, AR 72201
(501) 324-6113

For:   Alex McDonald, Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of May, 2005, a true and correct copy of the foregoing was mailed to the Defendant and was placed in the U. S. Attorney's box at the Courthouse for:

Karen Coleman
Assistant United States Attorney
P.O. Box 1229
Little Rock, AR 72203

U.S.P.O. Darryl Bailey

Alex MacDonald, Defendant

/s/ Kimberly Witherspoon
Kimberly Witherspoon